902 F.2d 1245
 John AURIEMMA, Daniel Coll, Marshall Consadine, Renaldo
Cozzi, Kenneth Curin, Russell Ditusa, Thomas Faragoi,
Lawrence Forberg, John Hinchy, Kathryn Kajari, George
Marcin, Patrick McDonough, Walter Murphy, John Rafter,
Dominic Rizzi, James Stampnick, Thomas Walter and Roger
Whalen, Plaintiffs-Appellees,
v.
Fred RICE, Defendant-Appellant,
and
City of Chicago, Defendant.
 No. 89-1479.
 United States Court of Appeals,
Seventh Circuit.
 May 11, 1990.
 
 Appeal from the United States District Court for the Northern District of Illinois, Eastern Division, No. 84 C 1224; James F. Holderman, Judge.
 Before BAUER, Chief Judge, and CUMMINGS, WOOD, CUDAHY, POSNER, COFFEY, FLAUM, EASTERBROOK, RIPPLE, MANION and KANNE, Circuit Judges.
 
 ORDER
 
 1
 A majority of judges in active service have voted to rehear this case en banc. Accordingly,
 
 
 2
 IT IS ORDERED that rehearing en banc be, and the same is hereby, GRANTED.
 
 
 3
 IT IS FURTHER ORDERED that the judgment and opinion entered in this case on February 6, 1990, 895 F.2d 338, be, and are hereby, VACATED. This case will be reheard en banc on May 30, 1990 in the morning session.